■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CATHY DRAKES, Appellant. [621 NYS2d 668] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered July 24, 1992, convicting her of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered the judgment is affirmed.

The defendant's contention that the court's *Sandoval* ruling was improper is without merit. Convictions involving theft, including petit larceny convictions, are highly relevant on the issue of credibility *(see, People v Brown,* 194 AD2d 682). Similarly, prostitution is also a crime which demonstrates a willingness or disposition to place one's interest ahead of society's interest *(see, People v Rhodes,* 96 AD2d 565). The probative value of this evidence outweighed the danger of prejudice to the defendant *(see, People v Bennette,* 56 NY2d 142). Further, any error associated with allowing the elicitation of the fact the defendant was using drugs at the time of a previous arrest and subsequent plea was harmless due to the overwhelming evidence of her guilt *(see, People v Myrick,* 128 AD2d 732; *People v Hernandez,* 127 AD2d 790).

Finally, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Copertino, Joy and Hart, JJ., concur.